No. 81–2262. Sutton et al. v. Southern Natural Gas Co.; and Sun Fresh Farms of Louisiana et al. v. Southern Natural Gas Co. Ct. App. La., 2d Cir. Cer-

834

tiorari denied. Reported below: 406 So. 2d 657 (first case); 406 So. 2d 669 (second case).